JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ANDRE COBBS, JR., | ) | No. CV 13-06521-VBK |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JOHN KATAVICH, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum and Order of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: June 11, 2014         /s/
                            VICTOR B. KENTON
                            UNITED STATES MAGISTRATE JUDGE